HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman SBN 154481
Alec Segarich SBN 260189
100 Pine Street, Suite. 1550
San Francisco, CA 94111
Telephone:   (415) 362-1111
Facsimile:   (415) 362-1112
mhoffman@employment-lawyers.com

Attorneys for Plaintiffs

BRYAN CAVE LLP
Julie E. Patterson, California Bar No. 167326
jepatterson@bryancave.com
Jesse E.M. Randolph, California Bar No. 221060
jesse.randolph@bryancave.com
Nikol M. Kim, California Bar No. 260866
nikol.kim@bryancave.com
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL GODHIGH, an individual, MARIA BRAGA, an individual, LISA GLASS, an individual, DANIEL OLIVARES, Sr., an individual, CYNTHIA OROZCO, an individual, ALAN BOHN, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>SEARS HOLDING CORPORATION; a corporation, SEARS HOME IMPROVEMENT PRODUCTS, INC.; a corporation, SEARS ROEBUCK AND CO., a corporation,<br><br>    Defendants | CASE NO: C 09-00765 SI<br><br>**STIPULATION TO AMEND COMPLAINT**<br><br>**[PROPOSED] ORDER** |

Plaintiffs EARL GODHIGH, MARIA BRAGA, LISA GLASS, DANIEL OLIVARES, SR., CYNTHIA OROZCO, ALAN BOHN, (collectively, "Plaintiffs") and Defendant SEARS HOME IMPROVEMENT PRODUCTS, INC. ("SHIP") hereby jointly stipulate to permit Plaintiffs to amend the operative Second Amended Complaint, and file the attached [Proposed] Amended Third Complaint

There is good cause for granting an order based on this stipulation, as discovery to date has demonstrated that the primary subclass ("Marketer Subclass") consisted of all current and former Marketers who worked for SHIP during the class period, and who Plaintiffs allege 1) did not timely and fully received expense reimbursement monies, 2) received inaccurate CLPH bonuses, 3) did not receive all of their CLPH monies, and 4) that did not receive $2.00 per hour bonuses for the first 8 weeks of employment as new hires. The parties estimate this subclass impacted about 2450 people. Discovery has shown however, that claims (2) - (4) must be abandoned, as there was clear evidence that Marketers did receive accurate CLPH bonuses, did receive all of their CLPH monies, and that they receive $2.00 per hour bonuses for the first 8 weeks of employment as new hires. In the event they did not, this was atypical and the result of human error.

The second subclass ("Supervisor Subclass") consists of all current and former Supervisors who worked for SHIP during the class period, and who Plaintiffs allege were supposed to receive bonuses based on CLPH totals for the In Store Marketers who reported to them. Plaintiffs still allege the Supervisor Subclass was improperly misclassified as exempt. Plaintiffs have also alleged additional expense reimbursements. The parties estimate this class consists of about 40 people. In addition, Class Representative Lisa New was neither in the Marketer Subclass or the Supervisor Subclass, as she was an Assistant manager. She has been deleted from the Complaint.

DATED: August 10, 2009　　　　　　　HOFFMAN EMPLOYMENT LAWYERS, LLP
　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　Michael Hoffman
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs Earl Godhigh et al.

STIPULATION TO AMEND COMPLAINT
[PROPOSED] ORDER
C 09-00765 SI

DATED: August 10, 2009           BRYAN CAVE LLP

/S/
_____
Julie Patterson
Attorney for Defendant SHIP

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL GODHIGH, an individual, MARIA BRAGA, an individual, LISA GLASS, an individual, DANIEL OLIVARES, Sr., an individual, CYNTHIA OROZCO, an individual, ALAN BOHN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS HOLDING CORPORATION; a corporation, SEARS HOME IMPROVEMENT PRODUCTS, INC.; a corporation, SEARS ROEBUCK AND CO., a corporation,<br><br>Defendants | CASE NO: C 09-00765 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

Based upon the Stipulation of the parties, the attached Plaintiffs' Third Amended Complaint may be filed

_____
Judge Susan Illston
UNITED STATES DISTRICT COURT JUDGE

---

STIPULATION TO AMEND COMPLAINT
[PROPOSED] ORDER
C 09-00765 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

-1-

STIPULATION TO AMEND COMPLAINT
[PROPOSED] ORDER
C 09-00765 SI